COM.

v.

**WILLIAMS, R.**

**584 MDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–67–CR–0002019–2012 (York)

Affirmed

**GREENBERG, M.**

v.

**BUCKLEY, B.**

**668 MDA 2016**

Superior Court of Pennsylvania.

08/08/2017

2015–2372 (Centre)

Affirmed

COM.

v.

**SCOTT, B.**

**1485 MDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–08–CR–0000463–2015
(Bradford)

Affirmed/Vacated/Remanded

COM.

v.

**DAVIS, C.**

**1677 MDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–38–CR–0000270–2013
(Lebanon)

Vacated/Remanded

COM.

v.

**STRICKLAND, D.**

**1897 MDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–36–CR–0005342–2007
(Lancaster)

Affirmed